[No. 15308-8-III.    Division Three.    May 22, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
ANTHONY BAUR, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 95-1-00181-9, Craig Matheson, J., entered November 9, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.

[No. 15355-0-III.    Division Three.    May 22, 1997.]
THE DEPARTMENT OF CORRECTIONS, *Appellant*, v. THE
CITY OF KENNEWICK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-2-00819-3, Yancey Reser, J., entered February 12, 1996. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Thompson, J. Now published at 86 Wn. App. 521.

[No. 15422-0-III.    Division Three.    May 22, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v. JAY
FREDRICK FLICK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-01350-4, Thomas E. Merryman, J., entered December 12, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 15448-3-III.    Division Three.    May 22, 1997.]
*In the Matter of the Marriage of* PATRICIA J.
RICHARDSON, *Respondent,* and HENRY V.
RICHARDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-3-00444-1, Donald W. Schacht, J., entered December 11, 1995. *Affirmed* by unpublished opinion per Munson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Thompson, J.